## BROWN v. NATIONWIDE MUTUAL INS. CO.

No. 11P95

Case below: 117 N.C.App. 305

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

## CAROLINA SURGICAL CENTER v. PRINCE HALL GRAND LODGE

No. 307P94

Case below: 114 N.C.App. 818

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995. Motion by defendants to dismiss petition for discretionary review denied 9 February 1995.

## CAUDILL v. SMITH

No. 613P94

Case below: 117 N.C.App. 64

Petition by defendant for discretionary review pursuant to G.S.7A-31 denied 9 February 1995.

## DAVIS v. SELLERS

No. 330P94

Case below: 115 N.C.App. 1

Petition by defendants for discretionary review pursuant to G.S.7A-31 denied 9 February 1995.

## DUNES SOUTH HOMEOWNERS ASSN. v. FIRST FLIGHT BUILDERS

No. 3A95

Case below: 941SC116 20 December 1994

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 9 February 1995.